SAMUEL SMITH, Individually and as Administrator of the Estate of MARY SMITH, Deceased, et al., Appellants, *v.* CHRISTOPHER C. FIRTH et al., Respondents.

*Smith* v. *Firth,* 72 App. Div. 631, affirmed.
(Argued March 2, 1904; decided March 22, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 17, 1902, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Ambrose G. Todd* and *George B. Class* for appellants.

*George M. Baker* and *Alexander H. Van Cott* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.

---

ANDREW J. SPENCE, JR., Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant, Impleaded with Another.

*Spence* v. *Metropolitan Street Ry. Co.* 82 App. Div. 636, affirmed.
(Argued March 2, 1904; decided March 22, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Bayard H. Ames, Charles F. Brown, Arthur Ofner* and *Henry A. Robinson* for appellant.

*William H. H. Ely* and *Luther Shafer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent. PARKER, Ch. J.